**Thelma Hudspeth, Plaintiff-Appellee, v. James L. Hudspeth, Defendant-Appellant.**

**Gen. No. 11,126. (Abstract of Decision.)**